744 A.2d 1206

RAYMOND A. JETT, JR., PLAINTIFF–PETITIONER, v. NEW JERSEY STATE PAROLE, DEFENDANT–RESPONDENTS.

November 19, 1999.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Parole Board, which shall deem petitioner's appeal, initiated by a notice filed on or about April 17, 1999, effective and to include consideration of the Adult Parole Panel's June 16, 1999, denial of reconsideration. Jurisdiction is not retained.

744 A.2d 1206

SUNRISE DEVELOPMENT, INC., PLAINTIFF–RESPONDENT, v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF MADISON, DEFENDANT, AND BOROUGH OF MADISON, DE-FENDANT–PETITIONER.

November 19, 1999.

It is ORDERED that the petition for certification is granted, and in light of the time of decision rule, the matter is summarily remanded to the Zoning Board of Adjustment to permit plaintiff to make application for a conditional use variance under revised Ordinance 14–97 within 45 days of the filing date of this Order. See, *Coventry Square, Inc. v. Westwood Zoning Bd. of Adjustment*, 138 *N.J.* 285, 292–298, 650 *A.*2d 340 (1994). Jurisdiction is not retained.